```
                              United States Bankruptcy Court
                               Eastern District of New York
```

In re:                                                              Case No. 13-42244-cec
234 8th  St. Corp.                                                  Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: acruz              Page 1 of 2              Date Rcvd: Mar 03, 2014
                              Form ID: pdf000          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2014.
db          #+234 8th  St. Corp.,    234 8th Street,    Brooklyn, NY 11215-3237
aty          +Kera & Graubard,    240 Madison Ave - 7th Fl,    New York, NY 10016-2820
cr           +City Of New York,    100 Church Street,    New York, NY 10007-2668
op           +Dalan Management & Associates, Inc.,    134 West 25th Street,    2nd Floor,
               New York, NY 10001-7409
cr           +FTBK Investor LLC as Trustee for NY Brooklyn Inves,    c/o Kriss & Feuerstein LLP,
               360 Lexington Avenue,,    Suite 1200,    New York, NY 10017-6502
rcv          +Meryl L. Wenig,    Wenig Saltiel LLP,    26 Court Street,    Suite 1200,    Brooklyn, NY 11242-1112
8178776      +City of New York Housing,    Preservation and Development,    c/o Brenda Nelson,
               100 Gold Street, Room 5-S,    New York, NY 10038-1605
8004487      +FTBK INVESTORS LLC AS TRUSTEE,    825 THIRD AVENUE 37TH FL,    NEW YORK NY 10022-7595
8004720      +FTBK, as Trustee for NY Brooklyn Investor Tr 5,    c/o Kriss & Feuerstein LLP,
               360 Lexington Avenue, Suite 1200,    New York,NY 10017-6502
8004488      +KRISS & FEUERSTEIN,    360 LEXINGTON AVENUE,    SUITE 1200,    NEW YORK NY 10017-6502
8004489      +NYC DEPT OF ENVIRONMENTAL PROTECTION,    PO BOX 410,    CHURCH STREET STATION,
               NEW YORK NY 10008-0410
8160448      +NYC Department of Finance,    TP&P Division/Office of Tax Audits,    345 Adams Street, 5th Floor,
               Brooklyn NY 11201-3719,    Attn: Yehuda Miller - Bankruptcy Unit
8160972      +NYC Office of Administrative Trials & Hearings,    c/o James Macron,    66 John Street,
               10th Floor,    New York, NY 10038-3772
8020327      +New York City Dept. of Finance,    345 Adams Street, 3rd Floor,    Brooklyn, New York 11201-3719
8013473       New York State Department of Taxation and Finance,    Bankruptcy Unit,    P O Box 5300,
               Albany NY 12205-0300
8153773      +The City of New York,    c/o MICHAEL A. CARDOZO,    Attn: Hugh H. Shull, Esq.,    100 Church Street,
               New York, New York 10007-2668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8080415       E-mail/Text: cio.bncmail@irs.gov Mar 03 2014 18:15:42     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
8027581      +E-mail/Text: EBrewster@dep.nyc.gov Mar 03 2014 18:15:46     New York City Water Board,
               Department Of Environmental Protection,    59-17 junction blvd, Bankruptcy Unit 13t,
               Flushing N.Y 11373-5188
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2014                               Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2014 at the address(es) listed below:
              Hugh H Shull, III    on behalf of Creditor    City Of New York hshull@law.nyc.gov
              Jason Leibowitz    on behalf of Creditor    FTBK Investor LLC as Trustee for NY Brooklyn Investor
               Trust 5 jleibowitz@kandfllp.com
              Jeffrey L Saltiel    on behalf of receiver Meryl L. Wenig jsaltiel@aol.com
              Jerold C Feuerstein    on behalf of Creditor    FTBK Investor LLC as Trustee for NY Brooklyn
               Investor Trust 5 jfeuerstein@kandfllp.com,
               jtolston@kandfllp.com;jromano@kandfllp.com;jleibowitz@kandfllp.com;litigation@kandfllp.com
              M David Graubard    on behalf of Debtor    234 8th  St. Corp. zaidiekgh@aol.com, zaidiekgh@aol.com
              Marylou Martin    on behalf of U.S. Trustee    Office of the United States Trustee
               marylou.martin@usdoj.gov
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
```

```
District/off: 0207-1          User: acruz                Page 2 of 2              Date Rcvd: Mar 03, 2014
                              Form ID: pdf000            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 7

Case 1-13-42244-cec    Doc 56    Filed 03/05/14    Entered 03/06/14 00:23:28

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re

234 8th ST. CORP.,

        Debtor.

Case No. 13-42244 (CEC)

Chapter 11

------------------------------------------------------ x

## ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE TO REFILING FOR ONE YEAR

Upon the stipulation by and between M. David Graubard of Kera & Graubard, attorneys for 234 8th St. Corp. (the "Debtor") and Jason Leibowitz of Kriss & Feuerstein LLP, attorneys for FTBK Investor LLC as Trustee for NY Brooklyn Investor Trust 5 ("FTBK") that was so ordered by the Court on October 25, 2013 (ECF No. 50); and upon the order dated December 13, 2013 granting FTBK relief from the automatic stay (ECF No. 53), and after due deliberation; it is hereby

Ordered, that this case, commenced under Chapter 11 of the Bankruptcy Code, is hereby dismissed with prejudice to the Debtor refiling a Chapter 11 case for the one year period following the date of entry of this order; and it is further

Ordered, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.



**Dated: Brooklyn, New York**
**February 28, 2014**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**